No. 92–492.  WATFORD ET UX. v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–503.  GUAGLIERI v. NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 92–5014.  ST. PIERRE v. ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 92–5202.  CARDONA v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 92–5260.  WALLACE v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 92–5272.  HARRIS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 92–5340.  FARMER v. COWAN ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 92–5366.  McCASLIN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–5518.  MILLER v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 92–5519.  LEWIS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 92–5576.  MAYET v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 92–5602.  THARPE v. GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 92–5622.  DOUGAN v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 92–5624.  WILSON v. ARMONTROUT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 92–5641.  HOWARD v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 92–5643.  SMITH v. CONNECTICUT.  Sup. Ct. Conn.  Certiorari denied.